IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | No. 5:14CV96 |
| | § | |
| LARRY B. BALLARD, JR. | § | |

MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections to the Report and Recommendation were filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is

ORDERED that Motion for Default Judgment and Memorandum (Dkt. No. 5) is GRANTED. It is further

ORDERED that judgment is hereby entered in favor of the United States of America that it recover from Defendant, Larry B. Ballard, Jr., the principal sum of $23,157.30, plus post-judgment interest on the principal sum at the prevailing annual interest rate allowed by law and compounded annually, until paid, and for all costs of court; plus filing fees in the amount of $400.00 allowed pursuant to 28 U.S.C. § 2412(a)(2).

**SIGNED this 30th day of March, 2015.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE